## PULLEY v. STATE.
### No. 24273.

Court of Criminal Appeals of Texas.

Feb. 23, 1949.

## McCARTY v. STATE.
### No. 24271.

Court of Criminal Appeals of Texas.

Feb. 23, 1949.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the unlawful transportation of intoxicating liquor in a dry area. The penalty assessed is a fine of $100.00 and confinement in the county jail for 30 days.

The State's Attorney before this court has filed a motion to dismiss the appeal for the reason that the transcript contains no

Milton K. Norton, Harvey Lindsay and Neal De Shazo, all of Dallas, for appellant.

Will R. Wilson, Jr., Criminal Dist. Atty., George P. Blackburn, First Asst. Dist. Atty., and William B. Henley, Jr., Asst. Dist. Atty., all of Dallas, and Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is a conviction for unlawfully possessing a narcotic drug; the punishment, two years in the penitentiary.

Appellant was a duly licensed and registered pharmacist, employed as such in a